**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-2143

JUANITA M. STUTZ,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. James A. Beaty, Jr., District Judge. (CA-01-471-1)

Submitted: January 30, 2003        Decided: February 25, 2003

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

J. Kevin Morton, Winston-Salem, North Carolina, for Appellant. John W. Stone, Jr., Assistant Attorney General, Anna Mills Wagoner, United States Attorney, Robert Triba, Regional Chief Counsel, Lisa G. Smoller, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juanita M. Stutz seeks review of the district court's order accepting the recommendation of the magistrate judge to affirm the Commissioner's denial of social security benefits pursuant to 20 C.F.R. § 404.1520(c) (2002).  Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Stutz v. Barnhart, No. CA-01-471-1 (M.D.N.C. Sept. 12, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED